**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| EASTMAN KODAK COMPANY, | : | No. 35 MAL 2022 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| JAMES SMITH (WORKERS' | : | |
| COMPENSATION APPEAL BOARD), | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.